THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. CHARLES W. ENDEL, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J. dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. HARRY G. CLARK, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. LUDWIG ENGEL, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. JAMES D. BROWN, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. SAMUEL BRISKMAN, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. HERBERT M. MOORE, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. LEON OSTERWEIL, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. ARTHUR LICHTEN-STEIN, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. CLIFFORD F. TAYLOR, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co. v. Moos* [*ante,* p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. WALTER E. EVANS, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in